IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

            Plaintiff,                      ORDER

   v.                                   07-cr-031-jcs-1

MICHAEL m. HUGHES,

            Defendant.
_____

     The government's motion for reduction of sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure, came on to be heard before the Court in the above entitled matter on December 19, 2007, the government having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Daniel J. Graber, Assistant United States Attorney; defendant having waived personal appearance, appeared by William Jones.  Honorable John C. Shabaz, District Judge, presided.

     The Court finds that defendant has provided substantial assistance as represented by the government.  Accordingly, the government's motion for a reduction of sentence is granted.  Defendant's offense level is reduced by one level to a total offense level of 30.

     Pairing a total offense level of 30 with a criminal history category VI results in an advisory guideline imprisonment range of 168 to 210 months.  A sentence near the low end of the advisory range, 168 months, is reasonable and necessary to achieve the

purposes of sentencing set forth in 18 U.S.C. § 3553(a), namely to hold defendant accountable for his serious criminal conduct and protect the community.

ORDER

IT IS ORDERED that the judgment entered by the Court on July 11, 2007 is AMENDED and his sentence reduced to reflect that defendant is committed to the custody of the Bureau of Prisons for a term of 168 months. In all other respects, the judgment remains as previously entered on July 11, 2007.

Entered this 19th day of December, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge